Jesse D. Franklin-Murdock (10778)
SWEIGART MURDOCK, LLP
500 Ala Moana Blvd., Ste. 7400
Honolulu, HI 96813
Tel: (415) 873-0123
Fax: (877) 890-0791
Jesse@sm-llp.com

*Counsel for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS; E.S., by and through her next friend and mother, K.S.; and K.S., <br><br> v. <br><br> TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS, <br> *Defendant*. | Case No. 1:26-cv-00127 <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

The Court in *Students for Fair Admissions v. Trustees of the Estate of Bernice Pauahi Bishop d/b/a Kamehameha Schools*, No. 1:25-cv-450-MWJS-RT (*SFFA I*) has granted leave for the plaintiffs in that case to file a third amended complaint, *SFFA I* Doc.123, and the plaintiffs there have done so, *SFFA I* Doc.124. In light of that ruling, and on the understanding that Plaintiffs here will be able to pursue their claims in the *SFFA I* case, Plaintiffs voluntarily dismiss this case without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See* Compl. (Doc.1) 3 n.*.

Dated: April 20, 2026

Respectfully submitted,

/s/ *Jesse D. Franklin-Murdock*
Jesse D. Franklin-Murdock (10778)
SWEIGART MURDOCK, LLP
500 Ala Moana Blvd., Ste. 7400
Honolulu, HI 96813
Tel: (415) 873-0123
Fax: (877) 890-0791
Jesse@sm-llp.com

*Counsel for Plaintiffs*

1